**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAFAEL A. COSME,**

        **Plaintiff,**

-vs-                                                                      Case No.  6:05-cv-803-Orl-31JGG

**MARIA R. ELDER a/k/a Maria R. Cosme,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) filed May 27, 2005.

On June 27, 2005, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motion be denied and that the case be dismissed for being frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).  No objections have been filed.  Therefore, it is

**ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Motion for Leave to Proceed *In Forma Pauperis* is **DENIED**.

    3.    That the case is dismissed and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th  day of July, 2005.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party